Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

|  |  |
|---|---|
| DANIEL SCOTT MOEN | ) Chapter 13 )<br>) Case No.: 8:07-bk-11078-RK )<br>) **NOTICE OF UNCLAIMED DIVIDEND**<br>) **(Bankruptcy Rule 3010)** )<br>) )<br>) ) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **301124** in the sum of **$   3.16** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule .  The name and address of the party entitled to said unclaimed dividend is as follows:

    DANIEL SCOTT MOEN
    5400 CLARK AVE
    #107
    LAKEWOOD, CA 91411

Date: September 19, 2011          /S/_____
                                  Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0711078 | DANIEL SCOTT MOEN ACCT: | Claim: 00000 | XXX-XX-5896 | 3.16 | 0.00 | 3.16 |
| | | TOTALS | | 3.16 | 0.00 | 3.16 |

DANIEL SCOTT MOEN

BALANCE:       [0.00 33/00000]
SSN: XXX-XX-5896   SSN:
ACCT:                       CASE: 0711078
PRINCIPAL:    3.16  INTEREST:      0.00

---

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA 92856

SUNTRUST
800-786-8787

64-79 / 611

0301124

Aug 22, 2011

VOID 90 DAYS FROM DATE

*********$3.16

PAY   Three And 16 / 100 Dollars

TO THE ORDER OF   U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA 90012

⑈0301124⑈ ⑆061100790⑆ 000000575186 2⑈